AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-CV-117-CDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALLIANCE OUTDOOR GROUP INC.
was received by me on *(date)* OCTOBER 23 2020

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* C.O.O. MICHELLE TOABS, who is designated by law to accept service of process on behalf of *(name of organization)* AND AUTHORIZED TO ACCEPT FOR: ALLIANCE OUTDOOR GROUP INC. on *(date)* OCT 23rd, 2020 or 21673 CEDAR AVE, LAKEVILLE, MN 55044

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/26/20

Server's signature

ANDREW LONERGAN
*Printed name and title*

EAGAN, MINNESOTA  651-452-3247
*Server's address*

Additional information regarding attempted service, etc: