IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| DAVID CLAYTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:20-cv-117-CDL |
| ALLIANCE OUTDOOR GROUP ) | |
| INC.; ALLIANCE OUTDOORS ) | **JURY TRIAL DEMANDED** |
| PRODUCTS, INC., d/b/a X-STAND ) | |
| TREESTANDS; and JOHN DOE ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## THIRD AMENDED SCHEDULING ORDER

Good cause having been shown, it is hereby ORDERED and ADJUDGED that the February 8, 2022 Third Amended Scheduling Order (Doc. 34) is amended to extend all deadlines by two months as follows:

### Discovery

a. **Discovery period**: All fact depositions shall be concluded and all non-expert written discovery shall be propounded in time to be completed by August 1, 2022.

2

**Expert discovery**

    b. Plaintiff is to identify and produce all Fed. R. Civ. P. 26(a)(2)(B) reports for any expert expected to testify on their behalf at the trial of this matter on or before August 15, 2022.

    c. Plaintiff is to make all such disclosed experts available for deposition on or before October 17, 2022.

    d. Defendants are to identify and produce all Fed. R. Civ. P. 26(a)(2)(B) reports for any expert expected to testify on their behalf at the trial of this matter on or before November 7, 2022.

    e. Defendants are to make all such disclosed experts available for deposition on or before January 9, 2023.

    f. Plaintiff is to identify and produce all Fed. R. Civ. P. 26(a)(2)(B) reports for any rebuttal expert in response to expert(s) identified by Defendants where Plaintiff has not previously designated an expert on or before February 7, 2023.

    g. Plaintiff is to make all such disclosed rebuttal experts available for deposition on or before March 10, 2023.

*****

    h. **Motions for summary judgment and to exclude expert testimony pursuant to Fed. R. Evid. 702 and/or *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993):** To be filed on or before April 10, 2023.

    i. **Pretrial conference:** To be set by the Court on or after July 5, 2023, at which time a pre-trial Order shall be proposed by the Parties governing the exchange and disclosure of witnesses and exhibits, objections to such witnesses and exhibits, and the filing of pre-trial motions, including motions in limine.

It is further ORDERED and ADJUDGED that all provisions of the previous Scheduling Orders not inconsistent herewith shall remain in full force

and effect, and no additional extensions shall be considered absent exceptional circumstances as defined in the November 18, 2020 Order (Doc. 8).

SO ORDERED this 9th day of June, 2022.

                                                  S/Clay D. Land
                                          Clay D. Land
                                          United States District Judge