IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| DAVID CLAYTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:20-cv-117-CDL |
| ALLIANCE OUTDOOR GROUP ) | |
| INC.; ALLIANCE OUTDOORS ) | |
| PRODUCTS, INC., d/b/a X-STAND ) | |
| TREESTANDS; and JOHN DOE ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

The undersigned counsel hereby files this Notice of Withdrawal with respect to Elizabeth M. Brooks and Maria D. Sayers as counsel for Plaintiff in this case due to both attorneys no longer being with the firm of Harris Lowry Manton LLP.

Respectfully submitted this 21st day of February 2023.

This 21st day of February 2023.

                                                HARRIS LOWRY MANTON LLP

                                                */s/ Andrew J. Conn*
                                                Andrew J. Conn
                                                Georgia Bar No. 732541
                                                Stephen G. Lowry
                                                Georgia Bar No.: 460289
                                                Yvonne S. Godfrey
                                                Georgia Bar No. 318567

410 East Broughton Street
Savannah, Georgia 31401

Telephone: (912) 651-9967
Facsimile: (912) 651-1276
steve@hlmlawfirm.com
aconn@hlmlawfirm.com
ygodfrey@hlmlawfirm.com *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** via filing with the Court's CM/ECF system which will automatically send notification to the following attorneys of record:

Gwendolyn D. Havlik
Julie Stewart
DREW ECKL & FARNHAM, LLP
303 Peachtree St. NE, Suite 3500
Atlanta, GA 30308
havlikg@deflaw.com
stewartj@deflaw.com

This 21st day of February 2023.

                                              HARRIS LOWRY MANTON LLP

                                              */s/ Andrew J. Conn*
                                              Andrew J. Conn
                                              Georgia Bar No. 732541

410 East Broughton Street
Savannah, Georgia 31401
Telephone: (912) 651-9967
Facsimile: (912) 651-1276
aconn@hlmlawfirm.com