IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| DAVID CLAYTON,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ALLIANCE OUTDOOR GROUP INC.;  )<br>ALLIANCE OUTDOORS PRODUCTS,  )<br>INC., d/b/a X-STAND TREESTANDS;  )<br>and JOHN DOE CORPORATION,  )<br>  )<br>    Defendants.  )<br>  ) | CIVIL ACTION NO.<br>3:20-cv-117-CDL |

## **NOTICE OF SETTLEMENT**

**TO:   THE COURT, CLERK OF THE COURT & ALL PARTIES**

PLEASE TAKE NOTICE THAT Plaintiff DAVID CLAYTON and Defendants ALLIANCE OUTDOOR GROUP, INC. and ALLIANCE OUTDOORS PRODUCTS, INC, d/b/a X-STAND TREESTANDS hereby notify the Court that they have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 30 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose filing a dismissal within 30 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated: March 8, 2023.

| | |
|---|---|
| HARRIS LOWRY MANTON LLP | CLARK HILL PLC |
| */s/ Andrew J. Conn* | */s/ Steven D. Brock* |
| Andrew J. Conn (GA Bar No. 732541) | Barry B. Sutton, *Admitted Pro Hac Vice* |
| Yvonne S. Godfrey (GA Bar No. 318567) | Steven D. Brock, *Admitted Pro Hac Vice* |
| Jeffrey R. Harris (GA Bar No. 330315) | 151 South Old Woodward Ave., Ste. 200 |
| 1418 Dresden Dr. NE, Unit 250 | Birmingham, MI 48009 |
| Brookhaven, GA 30319 | Phone: (313) 965-8577 - Sutton |
| (404) 691-7650 | Phone: (248) 988-1811 - Brock |
| aconn@hlmlawfirm.com | bsutton@clarkhill.com |
| ygodfrey@hlmlawfirm.com | sbrock@clarkhill.com |
| jharris@hlmlawfirm.com | |
| | CONTINUUM LEGAL GROUP LLP |
| *Attorneys for Plaintiffs* | Scott G. Blews (GA Bar No. 063390) |
| | 5605 Glenridge Drive, Suite 600 |
| | Atlanta, GA 30342 |
| | Phone: 770-800-3518 |
| | sblews@ContinuumLG.com |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court this 8th day of March, 2023 via the CM/ECF system.

*s/ Jennifer R. Howard*
Jennifer R. Howard

2